964

No. 880, Misc.  TITMUS *v.* TINSLEY, WARDEN.  Petition for writ of certiorari to the Supreme Court of Colorado denied on the representations of the State Attorney General that the courts of Colorado will consider and pass upon a proper petition for furnishing a record without the prepayment of costs.  Petitioner *pro se.  Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 1001, Misc.  JACKSON *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  Petitioner *pro se.  Stanley Mosk,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondent.

No. 1079, Misc.  SIMCOX *v.* MADIGAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Robert E. Hannon* for petitioner.  *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for respondent.

No. 1038, Misc.  MILLER *v.* PLEASURE, HOSPITAL SUPERINTENDENT.  The motions to correct the docket and to strike the respondent's brief are denied.  Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.  Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Irving Galt,* Assistant Solicitor General, *Philip Watson* and *John J. O'Grady,* Assistant Attorneys General, for respondent.